## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO.** |
| | : | |
| **ADAN CASTILLO LOPEZ** | : | |
| | : | **ORDER TO SEAL** |
| and | : | |
| | : | |
| **JORGE AGUILAR GARCIA** | : | **FILED UNDER SEAL** |
|     a.k.a. "Sierra Victor" | : | |
| | : | |
| and | : | |
| | : | |
| **RUBILIO ORLANDO PALACIOS** | : | |
|     a.k.a. "Gato" | : | |

**Defendants**.

## ORDER

Upon consideration of the Government's Motion to Seal the Indictment, it is hereby ORDERED, the _____ day of November, 2005, that the Motion to Seal, the Indictment, attendant warrants for arrest, and this Court's ORDER be sealed until further Order of the Court.

It is further ORDERED that the Government may disclose the Indictment to all persons necessary to effect the arrest and/or extradition of the defendants.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

DATE: _____

cc: Michael C. Mota

Paul Laymon
Trial Attorneys
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20530

202-514-5540