IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
* * *

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| v. | ) CR NO 05-0404-03 (RMC) |
| | ) |
| **RUBILIO ORLANDO-PALACIOS,** | ) |
| | ) |
| **Defendant.** | ) |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to Assistant Federal Public Defender Rita S. Bosworth, and Federal Chief Assistant - Federal Public Defender W. Gregory Spencer, as co-counsel. Please send copies of all notice and inquiries to both attorneys at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


W. Gregory Spencer
Federal Public Defender Chief Assistant
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500