IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 05-404 (RMC) |
| v. | ) | |
| | ) | |
| RUBILIO ORLANDO PALACIOS | ) | |
| | ) | |

**DEFENDANT RUBILIO ORLANDO PALACIOS'S MOTION
TO WAIVE SPEEDY TRIAL RIGHTS FOR A LIMITED TIME**

1. A status conference in this case was scheduled for March 24, 2006, at 12:30 p.m.

2. On March 23, 2006, the Court granted co-defendant Jorge Aguilar Garcia's consent motion to continue the status conference. The parties are currently working with the Court to set a new date for that hearing.

3. Mr. Palacios consented to the motion to continue because he believes more time is necessary to carefully review the discovery in this case in order to have meaningful conversations with the government.

4. Mr. Palacios requests that the Court exclude the time from March 24, 2006, to the date on which the new status conference takes place when computing the time in which he must be tried on the instant indictment. Counsel for Mr. Palacios has explained to Mr. Palacios his rights under the Speedy Trial Act (Title 18 U.S.C. §3161(h)(8)(A)) and he has authorized counsel to inform the Court that he is willing to waive his rights under the Speedy Trial Act and exclude the aforementioned days in computing the time within which his trial is held in this case. Mr. Palacios submits that, for the reasons stated above, the ends of justice are best served and outweigh the best interest of the public and Mr. Palacios in a speedy trial in this case.

5. The Government does not oppose this request.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

/S/
_____
 RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004