IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 05-404 (RMC) |
| v. ) | |
| ) | |
| **RUBILIO ORLANDO PALACIOS** ) | |
| ) | |

**ORDER**

Upon consideration of Mr. Palacios's motion to waive his speedy trial rights from March 24, 2006, until the date of the next status conference in the above captioned case, it is this ____ day of _____, 2006, hereby

**ORDERED** that Mr. Palacios's motion is **GRANTED**, and it is further

**ORDERED** that the aforementioned dates will be excluded when computing the time in which Mr. Palacios must be tried on the indictment in the above captioned case.

_____
ROSEMARY M. COLLYER
United States District Judge