UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05- 404 (RMC) |
| ) | |
| RUBILIO ORLANDO PALACIOS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

TO THE WARDEN OF THE CORRECTIONAL TREATMENT FACILITY:

On June 13, 2006, a status conference was held in the above-captioned action. The Court was informed that Defendant Rubilio Orlando Palacios (Registration No. 28323-016) has been suffering from head-shaking with a palsy-type movement. It is hereby

**ORDERED** that Defendant be examined by a physician by no later than June 30, 2006. It is

**FURTHER ORDERED** that a Spanish interpreter be designated and made available for the medical examination of the Defendant.

**SO ORDERED.**

Date: June 13, 2006

ROSEMARY M. COLLYER
United States District Judge