UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 05- 404 (RMC) |
| RUBILIO ORLANDO PALACIOS, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

TO THE WARDEN OF THE CORRECTIONAL TREATMENT FACILITY:

On June 28, 2006, a status conference was held in the above-captioned action. The Court was informed that Defendant Rubilio Orlando Palacios (Registration No. 28323-016) is still suffering from head-shaking with a palsy-type movement. On June 13, 2006, the Court ordered that Mr. Palacios be seen by a physician. According to Mr. Palacios, he was seen by a doctor and prescribed medicine, but he had a severe allergic reaction and significant negative side effects to the prescribed medications. It is hereby

**ORDERED** that Defendant undergo additional examination by a medical doctor by no later than July 10, 2006. It is

**FURTHER ORDERED** that a Spanish interpreter be designated and made available for the medical examination of the Defendant.

**SO ORDERED**.

Date: June 28, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge