UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RUBILIO ORLANDO PALACIOS, )<br>)<br>Defendant. )<br>) | Criminal Action No. 05- 404 (RMC) |

### SECOND ORDER

TO THE WARDEN OF THE CORRECTIONAL TREATMENT FACILITY:

On June 28 and July 14, 2006, status conferences were held in the above-captioned action. The Court was informed that Defendant Rubilio Orlando Palacios (Registration No. 28323-016) continues to suffer from head-shaking with a palsy-type movement. On June 13, 2006, the Court ordered that Mr. Palacios be seen by a physician. According to Mr. Palacios, he was seen by a doctor and prescribed medicine, but he had a severe allergic reaction and significant negative side effects to the prescribed medications. It is hereby

**ORDERED** that Defendant undergo additional examination by a medical doctor by no later than July 28, 2006. It is

**FURTHER ORDERED** that a Spanish interpreter be designated and made available for the medical examination of the Defendant.

**SO ORDERED**.

Date: July 14, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge