NOTICE OF APPEARANCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON  DC  20001-2800

UNITED STATES OF AMERICA  )
                          )
                          )
         v                )    Criminal N º 05-404-03 (RMC)
                          )
                          )
RUBILIO ORLANDO PALACIOS  )

TO:  NANCY MAYER–WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

✔ CJA          ☐ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Joseph Virgilio    237370
(Attorney & Bar ID Number)

_____
(Firm Name)
1000 Connecticut Avenue NW
N º 1 | Suite 613
(Street Address)

Washington          DC          20036
(City)              (State)     (Zip)

202.686.6914
(Telephone Number)