UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            *

       *v*                            *            Criminal Nº  05-404-03 (RMC)

RUBILIO ORLANDO PALACIOS           *

### MOTION TO FURNISH DEFENDANT WITH VEGETARIAN DIET

Defendant, RUBILIO ORLANDO PALACIOS, through counsel, respectfully requests that the Court order the District of Columbia Department of Corrections, Central Treatment Facility, 1901 E Street SE, Washington DC 20003, to furnish him with a vegetarian diet and menu. In support of this motion, defendant submits the following:

During a recess in court proceedings on August 17, 2006, defendant became ill and the nurse of the Courthouse was summoned. Through interpreter Teresa Salazar, Mr Palacios informed the nurse that he has not been eating because the current menu and diet at the DC Department of Corrections Central Treatment Facility does not provide him with choices in conformity with his vegetarianism.

**WHEREFORE**, Defendant hereby respectfully requests that the Court grant this motion.

*Joseph Virgilio*
_____
Joseph Virgilio
1000 Connecticut Avenue  NW
Nº  1 / Suite 613
Washington  DC  20036-5313
202.686.6914
COUNSEL FOR DEFENDANT
(Appointed by the Court)

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of August 2006, I caused a copy of the foregoing *Motion to Furnish Defendant with a Vegetarian Diet* to be delivered to the parties in this matter *via* Electronic Case Filing.

*Joseph Virgilio*

―――――――――――――――――

Joseph Virgilio