UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v | * | Criminal Nº 05-404-03 (RMC) |
| RUBILIO ORLANDO PALACIOS | * | |

### ORDER

Upon consideration of Defendant's *Motion to Furnish Defendant with a Vegetarian Diet*, and any government opposition, it is this ____ day of _____ 2006, hereby

**ORDERED,** that defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that the Warden of the Correctional Treatment Facility is hereby directed to provide Rubilio Orlando Palacios, DCDC # 307372, access to a vegetarian menu and diet.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**

Copy to:
Warden
Correctional Treatment Facility
1901 E Street, SE
Washington, DC 20003
The Parties in this case (via ECF)