# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal Action No. 05- 404 (RMC) |
| **RUBILIO ORLANDO PALACIOS,** | ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

TO THE WARDEN OF THE CORRECTIONAL TREATMENT FACILITY:

During proceedings before this Court on August 17, 2006, Defendant Rubilio Orlando Palacios (Registration No. 28323-016) became ill. He informed the nurse that he has not been eating because the food available to him at the Correctional Treatment Facility does not conform to his vegetarianism. Accordingly, it is hereby

**ORDERED** that Defendant be provided with a vegetarian diet, to the extent practicable.

**SO ORDERED**.

Date: August 21, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge