UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**       * | |
| * | |
| *v*                                                          * | **Criminal No. Cr-05-404-03 (RMC)** |
| * | |
| **RUBILIO ORLANDO PALACIOS**       * | |

NOTICE OF CHANGE OF ADDRESS

Will the Clerk of the Court please note that effective April 1, 2007 counsel's new address to which all correspondence in the above-captioned case should be sent will be

**Joseph Virgilio
1629 K Street NW
Suite 300
Washington   DC   20006**

Please note also that counsel's phone number and fax number remain the same, 202.686.6914.

Respectfully submitted,

*Joseph Virgilio*

Joseph Virgilio (Bar № 237370)
1000 Connecticut Avenue  NW
№ 1
Suite 613
Washington   DC   20036-5313
202.686.6914
ATTORNEY FOR RUBILIO ORLANDO PALACIOS
(Appointed by the Court)