UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v | *   Criminal No. 05-404-03 (RMC) |
| | * |
| RUBILIO ORLANDO PALACIOS | * |

### ORDER

Upon consideration of *Defendant Palacios' Motion to Suppress Statements with Memorandum of Points and Authorities*, any government opposition, and the record from a full hearing, it is this _____ day of _____, 2007, hereby

**ORDERED** that defendant Rubilio Orlando Palacios' Motion is granted; and it is

**FURTHER ORDERED** that the government is precluded from introducing any statements of Mr Rubilio Orlando Palacios made at, during, or after his arrest.

**SO ORDERED.**

ROSEMARY M COLLYER
United States District Judge

Copies to:

Paul Laymon, Esquire
US Department of Justice
Trial Attorney
1400 New York Avenue NW
Washington DC 20530

Joseph Virgilio, Esquire
1629 K Street NW
Suite 300
Washington DC 20006