| | | |
|---|---|---|
| **DECLARACION DE DERECHOS** | UNITED STATES DEPARTMENT OF JUSTICE | **FECHA** 11-15-05 |
| **LUGAR** Dulles Airport | | |
| **NOMBRE** Orlando Palacio | **NUMERO DE EL CASO** | |

Antes de hacerle cualquier pregunta, es mi deber advertirle de sus derechos.

Usted tiene el derecho de permanecer callado.

Cualquier cosa que usted diga se puede usar en contra suya en una Corte u otro procedimiento penal.

Usted tiene el derecho de consultar a un abogado antes de hacer cualquier declaracion o contestar cualquier pregunta, y usted puede tener a su abogado presente con usted mientras le interrogamos.

Si usted quiere obtener un abogado, pero no puede pagarle por su propia cuenta, el Comisionado de los Estados Unidos en esta ciudad o la Corte Federal le asignara un abogado gratuitamente.

Si usted decide contestar nuestras preguntas en este instante, con o sin un abogado que le represente, usted aun retiene el derecho de terminar la interrogacion a cualquier tiempo y peude suspender la interrogacion cuando usted desee para consultar a un abogado.

SIN EMBARGO —

Usted puede ceder el derecho de ser aconsejado por un abogado y el derecho de permanecer callado, y puede contestar las preguntas que se le hagan, o puede hacer una declaracion sin consultar a un abogado si usted asi lo desea.

### RENUNCIA VOLUNTARIA

Se me ha leido la declaracion de mis derechos que aparece anteriormente y se me han explicado mis derechos. Yo entiendo estos derechos en su totalidad y renuncio voluntariamente a ellos sin que se me haya amenazado o intimidado y sin haber recibido ninguna promesa de recompensa o de immunidad por hacer esta de declaracion. Me detuvieron a las 11:45am (hora), el 15 de Noviembre de 2005 (fecha), y firmo este documento a las 11:53 (hora), el 15 de Noviembre de 2005 (fecha).

TESTIGO _____

TESTIGO _____  William S. _____

FIRMA DE PERSONA RENUNCIANDO A SUS DERECHOS _____