U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
(Continuation)

1. File No: AO-05-0011
2. G-DEP Identifier: YEC1K
3. File Title: HAY-Carillo, Gary et al
4. Page 2 of 2
5. Program Code:
6. Date Prepared: 11/23/05

3. PALACIOS related that he, Adan CASTILLO-Aguilar and Jorge AGUILAR-GARCIA were working together to assist two Colombians with moving a container of cocaine through the Port of San Tomas through Guatemala to the Mexican border. PALACIOS related that one container of cocaine would be moved safely and the Colombians would send a second container for the purpose of being seized. PALACIOS did not know the amount of cocaine in the first container which would be safeguarded by the SAIA, but related the second container which was to be seized would contain approximately 600 kilograms of cocaine.

4. PALACIOS related that it was his responsibility to insure the container entered and left Port San Tomas without interference from Guatemalan law enforcement. Once the container was outside the port, PALACIOS no longer had responsibility for safeguarding the cocaine. PALACIOS related that CASTILLO and AGUILAR would assign SAIA personnel to escort the container from the port to the Mexican border. PALACIOS, when asked, related that this venture was not part of any law enforcement undercover operation.

## CUSTODY OF EVIDENCE

1. Exhibit N-17 is described as a Spanish Right Advisement form signed by Rubilio Orlando PALACIOS-Lopez. GS Dodd transferred custody of Exhibit N-17 to SA Brown, who maintained it until it could be turned into the SOD non-drug evidence custodian via DEA Form 7A.

## INDEXING

1. ORLANDO-Palacios, Rubilio-Naddis-negative. Previously described

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 2

| | | |
|---|---|---|
| 1. Program Code | 2 Cross File   Related Files | 3. File No. AD-05-0011   4. G-DEP Identifier: YEC1K |
| 5. By: GS Brian Dodd At: SOD Chantilly, VA | | 6. File Title MAY-Carillo, Gary et al |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | 8. Date Prepared 11/23/05 |

9. Other Officers: SA William Brown, SA Phillip Kearney

10. Report Re: Post Arrest Interview of Orlando PALACIOS-Lopez and acquisition of Exhibit N-17.

## DETAILS

1. On 11/15/2005, Orlando PALACIOS-Lopez was arrested by DEA Special Agents assigned to the Special Operations Division Bilateral Case Group. Following his arrest, PALACIOS was advised of his rights in Spanish by GS Dodd. PALACIOS waived his rights by executing a written waiver as witnessed by GS Dodd and SA Brown. The executed rights waiver is identified as Non-Drug Exhibit N-17.

2. PALACIOS was questioned by GS Dodd regarding PALACIOS' involvement in using his official position in the Guatemalan SAIA (Anti Drug Police) to assist drug traffickers. PALACIOS initially denied having received money to facilitate a shipment of cocaine through Guatemala. However, when confronted with the fact that he was arrested in possession of DEA funds which were provided to him, he admitted to meeting with two Colombians and receiving money, specifically $5,000, in September 2005 to facilitate a shipment of cocaine through the Port of San Tomas in Guatemala. PALACIOS related that he received a total of $7,000, $5,000 from the two Colombians in September 2005 and $2,000 from "Sierra Victor" (AGUILAR) the week prior to his arrest. PALACIOS did not know how much money he was to receive upon successful completion of the cocaine movement, but he would have been satisfied with the $7,000 he already received.

| 11. Distribution: Division SOD, GCOU District Other SARI | 12. Signature (Agent) Brian Dodd | 13. Date 11/29/05 |
|---|---|---|
| | 14. Approved (Name and Title) Nicholas J. Nargi, Jr. ASAC | 15. Date 11-29-05 |

DEA Form - 6
(Jul. 1996)
bhd
1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.