UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v | * | Criminal № 05-404-03 (RMC) |
| | * | |
| **RUBILIO ORLANDO PALACIOS** | * | |

## MOTION TO WITHDRAW AS COUNSEL

Counsel for defendant RUBILIO ORLANDO PALACIOS, pursuant to LCrR 44.5(d), hereby moves the court to permit counsel to withdraw and to appoint new counsel to represent defendant. In support of this motion, counsel states the following:

1. Since the inception of his appointment to represent Defendant, counsel and Defendant have had significantly divergent views about how to proceed in this matter. The attorney-client relationship has now deteriorated to the point where there are irreconcilable differences that counsel believes prevent him from continuing to represent Defendant.

2. Counsel's withdrawal at this time will not unfairly prejudice either the government or Defendant or unduly delay trial because trial is not scheduled until February 4, 2008, giving new counsel seven months to prepare.

3. Counsel has mailed a copy of this motion and a translation of it in Spanish, Defendant's native language, to Defendant at his address at the DC Jail's Central Treatment Facility.

**WHEREFORE**, for the foregoing reasons, counsel respectfully requests that the court grant this motion.

Respectfully submitted,

/s/ Joseph Virgilio

Joseph Virgilio (Bar № 237370)
1629 K Street NW
Suite 300
Washington DC 20006-1631
*Attorney for Rubilio Orlando Palacios*
(Appointed by the Court)