UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| *v* * | Criminal № 05-404-03 (RMC) |
| * | |
| **RUBILIO ORLANDO PALACIOS** * | |

**ORDER**

Upon consideration of counsel's *Motion to Withdraw as Counsel*, it is this _____ day of _____, 2007 hereby

**ORDERED** that counsel's motion is granted; and it is

**FURTHER ORDERED** that _____, _____, _____, _____ is hereby appointed to represent Defendant in the above-captioned matter.

_____
ROSEMARY M COLLYER
United States District Judge