UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. Case No.: 05-404-3 (RMC) |
| v. | |
| RUBILIO ORLANDO PALACIOS, et al. | |

### NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record, please enter the appearance of Manuel J. Retureta, Esq. as counsel of record for Rubilio Orlando Palacios in the above captioned case.

Respectfully submitted,

**RETURETA & WASSEM, PLLC**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar # 430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073   Office
(202) 220-3130   Fax

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance was served upon all parties via the Court's ECF system on this 9th day of October 2007.

_____/s/_____
Manuel J. Retureta, Esq.