UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Crim. Case No.: 05-404-3 (RMC) |
| **RUBILIO ORLANDO PALACIOS, et al.** | |

### SENTENCING MEMORANDUM

**COMES NOW DEFENDANT, Rubilio Orlando Palacios,** through undersigned counsel, and submits this sentencing memorandum consisting of letters and documents in support of the defendant. The letters come from family members, friends, and members of Mr. Palacios' community in Guatemala (translations are also attached). Also included are numerous certificates of achievement awarded to Mr. Palacios.

Respectfully submitted,

**RETURETA & WASSEM, PLLC**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar # 430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073   Office
(202) 220-3130   Fax

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance was served upon all parties via the Court's ECF system on this 28th day of February 2008.

_____/s/_____
Manuel J. Retureta, Esq.