Dear Judge:
Presently.

I cordially greet you and wish that God bless you in your work.

My name is Rosa Lidia Martinez Cobon, I am the wife of Rubilo Orlando Palacios Lopez.  We have been married eighteen years and are parents to three daughters that need the support and counsel of their parents.  I plead that you see the truth in all of this, because my husband was dedicated to work and when he would rest he was dedicated to his family.

My husband is a responsible person and comes from a well principled and hard working family, he has studied to better himself, he was able to build a humble house that you can see in the photograph that I sent.  The house is made of tile and plaster with four rooms, on property that belongs to my husband and his mother.  We do not count on automobiles, or luxuries, because of this I plead, it is in your hands to help my husband, because we need him very much.  It has been two years since we have not been able to hug him, or talk, because of the big injustice that occurred with him.

Here the neighbors know him since he was a child and have faith that he is a good man, a good father and a good husband.  Since this situation occurred it has been necessary for me to work to provide schooling and food for my daughters, and it is very difficult to find employment in Guatemala.  As you can see in the copies of diplomas that I sent they have been given because he is a person involved in his work and for doing things in the best way he has been able to.  For this and many more reasons I pray that you help him in his case.

I say farewell appreciating your attention to me,

Attentively,

                     Rosa Lidia Martinez Cobon
                     No. De cedula M-13 31, 463