Huehuetenango 1st of February of 2008

My son: Rubilo Orlando Palacios, since he was 7 years old started to work, he had to bring firewood from a mountain, because we could not count on the means to buy it, he was always very obedient, he also planted corn and beans for cultivation and to eat them.

He worked as a builder to make the house where we live, this house is constructed with the help of my brother and my son as he is the oldest it has always fallen on him to do what he could, as we are a family of scant resources. He studied up to the 6th year of primary schooling and much effort we tried to help him, but because of our living situation, it was difficult to make a living, we could not keep him in school. But he did not want to be without his studies, he fought and started to work on a machine that made fabric with thread, he worked during the day so he could study at night. So with much sacrifice he worked to gain a degree; in addition to that he helped me, with the little he earned he would give me an amount to help me with the expenses of the house.

In addition to that he was always a good student, he always fought to advance by working hard, he was an example for his siblings, he would guide them since their father worked far away and he represented his father always as he was the oldest of my children.

He is father of three daughters, to who he has always provided a good example and always responsible, he has a humble house that he constructed on ground that is part of my property. He likes chickens and poultry, and his fruit trees, as he is accustomed to be a farmer and very much a fighter. When he came to rest, he attended to his family, and his chickens; I never saw him with vices (alcohol)

My son is a good man, I know him and know who he is, a good man.

Attentively,

Griselda Elizabeth Lopez