Huehuetenango 11th of February of 2008.

Dear Judge:
Presently.

I greet you respectfully wishing that God pour blessings over you and your loved ones.

My name is Ivett Eunice Palacios Martinez, I am 16 years old, I am the daughter of Mr. Rubilo Orlando Palacios Lopez, I am the oldest of three sisters that are twelve and fifteen years old.  The motive behind my presentation is to let you know that my father is an honorable person, and humble that knew how to reach where he was in his work, that does not deserve to be in a place that he does not know far from his family that misses him, we need his protection and counsel since we have left without his support for us this situation has been very hard, as we do not understand the why of this problem, what we do know is that my father is a good person that has been at our side at every moment of our life, and from one day to another we have been left without him.  It is because of this that I plead in the name of my sisters and mine that you could help him so he can return to his home so we can reunite like the family we are.

I appreciate you fine attention to this presentation.

Attentively,

Ivett Eunice Palacios Martinez
Shirley Ivonne Palacios Martinez
Melanie Elizabeth Palacios Martinez