Huehuetenango 31st of January of 2008

To Whom It May Concern:

The motive of this letter is only to state that Mr. Rubilo Orlando Palacios Lopez is a good person with good principles and from very little was accustomed to earn a living working honestly, as our parents taught us to work as children, as a child he worked with my uncles, brothers of my mother, with the loom to make wool blankets, from there he began to study and pay for his studies, he studied morning and afternoon, and at night he studied, he graduated as an expert in community development, but he never pursued his profession, afterwards he began as a property guard and little by little he fought to advance his position and reached the position he had.  It is because of that that I Marco Tulio Palacios Lopez brother of Rubilo Orlando Palacios Lopez, state that he is a great person that I have always admired and will continue to because he not a criminal to be enduring these difficult moments far from his family that so loves him, I hope this document serves in some way to support my brother that as I stated does not deserve to be where he is;  He always gave me good advice, because of that I see him as my second father.  My God bestow love and peace in the hearts of the persons in charge of his process and may God also guard my brother.

Attentively.

Marco Tulio Palacios Lopez
Identification M-13 55,365.  Of Huehuetenango, Guatemala C.A.


(name of family members)