Jesus of Nazereth of the Three Falls
Canxac, Huehuetenango

---

To Whom It May Concern:

In the following lines I want to leave my knowledge that I have of **Rubilo Orland Palacios Lopez, he,** is originally from the township of canxac, zone 5, Huehuetenango, providor of a humble and numerous family.  His father Marco Tulio Palacios Martienz; an honorable and hard working man, responsible father and his mother Griselda Lopez Lopez, a humble woman very hard working and attentive to her children.
Orlando from infancy also joined and shared with his siblings and family.  From a young age he supported his family as the eldest child, in our community we helped support the family and Orlando to help in the home; in addition to other things, he would go to the hills in our community to bring wood to cook food at home and he would teach and help others that accompanied him in the morning to cut wood and help prepare our loads.  He would do this chore since childhood through youth: when he was older and stronger and with a desire to help his family he secured a tailoring job to learn that trade and continued to sustain his family by producing linens, in a linen factory in the community where from 7:00 am to 5:00 pm he worked everyday to earn the earning of each day, also to count daily on his spirit to do better, after his work journey he began academic preparation at night from 6:30 to 10:15 at night; his desire to better himself drove him to help from the classrooms at night and with the idea of never being under the looms that tired as the linens were made.

After some time and after finishing the basic night class work, he continued his preparation his basic study of community development person, a situation that was very difficult as he had to attend to work and studies at the same time and his economic status was scant.  After graduation, he kept working in the linen factory; as it permitted him to find daily sustinence and help his family.  But, following in the steps of his father, who worked in Treasury Police at that time, he also took the steps necessary to enroll in this institution, he finally enrolled with a spirit of service and desire to better himself.  At the institution he married Rosa (his current wife), with whom he had three daughters and today they cry over his absence.  Orlando, out of necessity to protect his family and with much sacrifice, began living with his in-laws, as he did not have the economic capacity to build his own life, finally with the help of his mother, who gave a small piece of land to build on, he initiated construction of his home, the same as the other neighbors very humble and simple, as the wages that are given in our country we do not have the capacity sufficient to construct a home of luxury and of size; but in a simple home, one assures shelter for the happiness of the family.

Today as the pastoral agent of the Parish of the Immaculate Conception of Huehuetenango, I dare to write these lines, God, father of justice and truth will have to act in Orlando's case, who in his youth promoted the life of the church in our community, inviting the youth to participate in the activities of our community and organize and give them life; a situation that today moves my life, as I serve in my community and the parish

of the city and I ask the Almighty to act with your powerful justice, as this cousin does not deserve to live the life he has before him, as the family has been so humble and always just and honorable.

Given in huehuetenango on the twenty-first day of January of two-thousand and eight.

- signature –

PEM. Otto Rene Palacios
Pastoral Agent of the Parish of the Immaculate Conception
Huehuetenango Cathedaral
Cedual, No. M-13 y
of register 38,837