To Whom It May Concern:

Through this medium I declare that since his infancy I know Rubilo Orlando Palacios Lopez, being a child that since early on was educated and hard working on the chores of his home, learned tailoring, worked as a textile worker many years to pay for his studies, studies in the Mixto Asturias School graduating as an expert in community development where he always achieved honors as the best student among the distinguished alumni.

He always was an exemplary youth in the community, by being a hard working person with his effort he achieved being a professional and above all a humble person, hard working, simple, honorable and with christian principles.

Now for what it is worth, I extend firmly this proof on the 20th day of January two-thousand and eight.

Faustina Delia Palacios Martinez
M-13 15,673