To Whom It May Concern

I, ANDRES FEDERICO FLORES LIMA, Guatemalan, professional photographer of forty-five years old, married, resident of the municipality and department of Huehuetenango, identify myself with identification M-13 and registry twenty-five thousand one hundred nineteen provided by the mayor of the municipality and department of Huehuetenango.  With all due respect say, that I know Mr. RUBILO ORLANDO PALACIOS LOPEZ for many years, he is a person of good principles; morales, religious, respectful, working, that has always sought the betterment of the community and of his family through honorable work, that has liked sports is a person devoted to his family, that we were companions at the school "Colegio Asturias" of this city, in which he always demonstrated capacity, humility, and a good student and friend.

Huehuetenango, 7th of February 2008

(signature)