Huehuetenango 21st of January of 2008

To Whom It May Concern:

I Erwin Hernan Lopez Mendez of 47 years old, identify myself with identification of area No. M-13 and registry No. 25,705, Guatemalan citizen, declare that I know Mr. Rubilo Orlando Palacios Lopez, that is a person of humble origin, sincere, hard working and honored that has fought during his life to advance his family.  For whom I have no reservation to recommend, in whatever capacity necessary.

        Attentively,

        (signature)
        M.E.P.U. Erwin Hernan Lopez Mendez
        Director E.O.R.M. Malacatancito

Seal:
    Official Rural School Mixta