Huehuetenango 11 de febrero del 2008.

Señor(a) juez(a):
Presente.

Lo(a) saludo cordialmente deseando que Dios le de bendiciones en su trabajo.

Mi nombre es Rosa Lidia Martínez Cobón, soy esposa de Rubilo Orlando Palacios López, tenemos dieciocho años de casados y somos padres de tres hijas que aún necesitan el apoyo y consejo de sus padres. Quiero suplicarle que vea la verdad de todo esto, porque mi esposo se dedicaba a trabajar y cuando venía de descanso se dedicaba a su familia.
Mi esposo es una persona responsable y viene de una familia con buenos principios y trabajadora, él ha estudiado para superarse, pudo construir una casa humilde la cual puede usted ver en la fotografía que le envío. Es de teja y lámina y consta de cuatro cuartos, la cual el terreno es propiedad de la madre de mi esposo. No contamos con automóvil, ni lujos, es por eso que le suplico, si está en sus manos ayudar a mi esposo, porque lo necesitamos mucho. Hace dos años que no le podemos dar un abrazo, o platicarle, por la injusticia tan grande que se cometió con él.
Aquí los vecinos lo conocen desde que era niño y dan fe que es un buen hombre, un buen padre y un buen esposo. Desde que ocurrió esta situación me he visto en la necesidad de trabajar para darles estudio y alimentación a mis hijas, ya que en Guatemala es muy difícil encontrar un empleo. Como puede ver en las fotocopias de diplomas que le envío se los han otorgado por ser una persona entregada a su trabajo y por hacer las cosas lo mejor que ha podido. Por esta y muchas razones más le ruego lo ayude en su caso.
Me despido agradeciéndole su atención a mi presente,

Atentamente,

Rosa Lidia Martínez Cobón
No. De cédula M-13 31,463



Esto es mi casa donde vivimos
es una aldea que se llama canshac.
Huehuetenango Guatemala



Esta fotografía fué cuando mi esposo se graduo de Perito en Desarrollo comunitario y fue avanderado, y buen estudiante.

Huehuetenango 1 de febrero del 2,008

Mi hijo: Rubilo Orlando Palacios, desde que tenía 7 años empezó a trabajar, tenía que ir a traer leña a una montaña, porque no contábamos con medios para comprarla, siempre fue muy obediente, también sembraba maíz y frijol para cosechar y comer de ello.

Él trabajo como albañil para hacer la casa donde vivimos, esta casa es construida con la ayuda de un mi hermano y mi hijo como es el más grande siempre le correspondía hacer lo que pudiera, ya que somos una familia de escasos recursos. Él fue a estudiar hasta 6to año de primaria con mucho esfuerzo lo tratamos de ayudar, pero por la situación en que vivíamos, a penas nos alcanzaba para irla pasando, ya no podíamos sostenerlo en la escuela. Pero el no quiso quedare sin estudiar, luchó y empezó a trabajar en una maquina de hacer telas con hilos, trabajaba de día para ganar y poder estudiar en la noche. Así con muchos sacrificios logró sacar un titulo; además de eso él me ayudaba, de lo poco que ganaba me daba una cantidad para ayudar con los gastos de la casa.

Además de eso siempre fue un excelente alumno, siempre luchó para salir adelante trabajando duro, fue ejemplo para sus hermanos, el los corregía ya que el papá trabajaba lejos y el representaba en todo momento al papá por ser el mayor de mis hijos.

Es padre de tres niñas, a las que siempre ha dado buenos ejemplos y siempre responsable, tiene una humilde casa que construyo en un terreno que es de mi propiedad. Le gustan mucho las gallinas o sea aves de corral, y sus árboles frutales, como está acostumbrado a ser campesino y muy luchador. Siempre que venía de descanso, atendía a su familia y a cuidar sus aves de corral; jamás lo vi con vicios (alcoholismo)

Mi hijo es un buen hombre, yo lo conozco y se quien es, un hombre de bien.

Atte.

Griselda Elizabeth López

Huehuetenango 11 de febrero del 2008.

Señora jueza:
Presente.

Lo(a) saludo respetuosamente deseando que Dios derrame bendiciones sobre usted y sus seres queridos.

Mi nombre es Ivett Eunice Palacios Martínez, tengo 16 años de edad, soy hija del señor Rubilo Orlando Palacios López, soy la mayor de tres hermanas que tienen doce y quince años de edad. El motivo de mi presente es para hacerle saber que mi padre es una persona honrada, y humilde que ha sabido llegar hasta donde estaba en su trabajo, que no merece estar en un lugar que no conoce alejado de su familia que lo extraña tanto, a nosotras nos hace falta su protección y consejos ya que nos hemos quedado sin su apoyo y para nosotras ha sido muy dura esta situación, ya que no comprendemos el porqué de este problema, lo que sí sabemos es que mi padre es una buena persona que ha estado a nuestro lado en cada momento de nuestra vida, y de un día para otro nos hemos quedado sin él. Es por eso que le suplico en nombre de mis hermanas y mío que usted pueda ayudarlo para que él regrese a su hogar y reunirnos como familia que somos.

Le agradecemos su fina atención a la presente.

Atentamente,

Ivett Eunice Palacios Martínez
Shirley Ivonne Palacios Martínez
Melanie Elizabeth Palacios Martínez