Huehuetenango 31 de enero del 2,008

A quien interese:

El motivo de la presente es únicamente para dar fe de que el señor Rubilo Orlando Palacios López es una buena persona con buenos principios y que desde muy pequeño esta acostumbrado a ganarse la vida trabajando muy honestamente, ya que nuestros padres nos enseñaron a trabajar desde niños, el desde pequeño trabajo con mis tíos, hermanos de mi madre, en el telar o sea que hacia sábanas de lana, de esa cuenta el comenzó a estudiar y a costearse sus estudios, ya que en la mañana y tarde estudiaba, y por la noche estudiaba, así de graduó de Perito en desarrollo comunitario, pero nunca ejerció su profesión, luego comenzó en lo que era Guardia de hacienda y poco a poco fue logrando subir de puesto hasta llegar al que tenía. Es por eso que yo Marco Tulio Palacios López hermano de Rubilo Orlando Palacios López, doy fe que el es una gran persona que siempre he admirado y seguiré haciéndolo porque el no es ningún criminal como para estar pasando esos duros momentos lejos de su familia que tanto le ama, espero pues que este documento sirva de algo para apoyar a mi hermano que como ya mencioné no merece estar en donde está; Él siempre me dio buenos consejos, por eso yo a él lo veo como mi segundo padre. Que dios derrame mucho amor y paz en los corazones de las personas que tengan a cargo el proceso de él y que también Dios me guarde a mi hermano.

Atte.

Marco Tulio Palacios López
Cédula M-13 55,365. De Huehuetenango, Guatemala C.A.

Matilde Araecely       Palacios Martinez
Erik Noé               Palacios López
Marvin Conrado         Palacios López
Luis Danilo            Palacios López
Ligia Beatriz          Palacios López



*Jesús Nazareno de las Tres Caídas*
*Canxac, Huehuetenango*

A QUIEN INTERESE:

*Por medio de las siguientes líneas quiero dejar constancia del conocimiento de tengo de* **Rúbilo Orlando Palacios López**, *él, es originario de la aldea de canxac, zona 5 Huehuetenango, proveniente de una familia muy humilde y numerosa. Su papá Marco Tulio Palacios Martínez; un hombre honrado y trabajador, padre responsable y su mamá Griselda López López, señora humilde muy trabajadora y atenta para con sus hijos. Principios que Orlando desde su infancia también asimiló y compartió con sus hermanos y familiares. Desde pequeño apoyo en su casa como hijo primogénito de la familia, en nuestra comunidad desde pequeños ayudamos al sostenimiento de la familia y Orlando para ayudar en la casa; además de los que haceres, iba al cerro que esta en nuestra comunidad a traer leña para cocinar los alimentos en casa y nos enseñaba y ayudaba a los demás que le acompañábamos de madrugada a cortar nuestra leña y posteriormente a preparar nuestra carga. Esta tarea la hacía desde su niñez hasta su juventud; cuando ya se encontraba más grande y un poco fuerte y siempre con el deseo de apoyar a su familia acudió a un taller de sastrería para aprender ese oficio al cabo de algún tiempo siguió apoyando al sostenimiento de su familia en la elaboración de colchas, en una tejeduría que existía en la comunidad a donde desde la siete de la mañana para las cinco de la tarde acudía todos los días para poder ganar el sustento de cada día y, además por contar siempre con el espíritu de superación, después de su jornada de trabajo acudía a su preparación académica en la jornada nocturna que comprendía un horario de 18:30 a 10:15 de la noche; pues el deseo de superarse lo animaba a asistir a las aulas por la noche y con la idea de no estar siempre bajo los telares que tanto cansaban para la elaboración de las colchas.*

*Después de cierto tiempo y haber aprobado el ciclo básico en la jornada nocturna, siguió su preparación en el ciclo diversificado en la carrera de Perito en Desarrollo Comunitario, situación que le fue bastante complicada pues tenía que atender el trabajo y el estudio al mismo tiempo y el recurso económico le era muy escaso. Después de graduarse, siguió*

*laborando en los telares; medio que le permitía siempre encontrar el sustento de cada día y apoyar en parte a su familia. Pero, siguiendo los pasos de su señor padre, que laboraba en la Guardia de Hacienda de aquel tiempo, también hizo los trámites y gestiones necesarias para ingresar a esta institución, don finalmente ingresó con un espíritu de servicio y deseo de superación. Estando en la institución se casó con Rosa* (su esposa actualmente), *con quien procreó tres hijas y hoy en día lloran su ausencia. Orlando por la necesidad de proteger a su familia y con mucho sacrificio empezó a vivir con sus suegros, pues no tenía la capacidad económica suficiente para poder construir una vivienda propia, finalmente con la ayuda de su mamá, quien le proporcionó un pedacito de terreno donde construir, inició la construir de su casa, que al igual que la de los demás vecinos es bastante humilde y sencilla, pues con los sueldos que se devengan en nuestro país no tenemos la capacidad suficiente para construir una vivienda lujosa y onerosa; sin embargo si una vivienda sencilla, segura y que cobije la felicidad de la familia.*

*Hoy como agente de pastoral de la Parroquia la Inmaculada Concepción de Huehuetenango, me atrevo a escribir estas líneas, pues Dios, señor de justicia y verdad tendrá que actuar en el caso de Orlando, quien en su juventud promovió la vida de la Iglesia en nuestra comunidad, invitando a los jóvenes a que participáramos de las actividades de nuestra comunidad y pudiéramos organizarlas y darles vida; situación que hoy mueve mi vida, pues sirvo en mi comunidad y en la parroquia del municipio y le pido al Todopoderoso que actúe con su justicia poderosa, pues este primo no es digno de vivir la situación por la que actualmente está atravesando, siendo que la familia ha sido humilde y siempre de un proceder justo y honrado.*

*Dado en huehuetenango a los veintiún días del mes de enero del años dos mil ocho.*

PEM. Otto René Palacios
Agente de Pastoral de la Parroquia la Inmaculada Concepción
Catedral Huehuetenango.
Cédula, No. De orden M-13 y
de registro 38,837

A QUIEN INTERESE:

Por este medio hago constar que desde su infancia conozco a Rubilo Orlando Palacios López, siendo un niño que desde pequeño fue educado y trabajador le gustaba colaborar en la tareas de su casa, aprendió el oficio de sastre, trabajo como tejedor durante muchos años ya que siempre se costeo sus estudios, estudio en el Colegio Mixto Asturias graduándose de Perito en desarrollo comunitario donde siempre se destaco por ser el mejor alumno dentro del establecimiento siendo alumno distinguido.

Siempre fue un joven ejemplo dentro de la comunidad, por ser una persona trabajadora que con sus propios esfuerzos salió adelante siendo todo un profesional y sobre todo una persona humilde, trabajadora, sencilla, honrada y con principios cristianos.

Y para los usos que se consideren convenientes, extiendo firmo la presente constancia a los 20 días del mes de enero de dos mil ocho.

Faustina Delia Palacios Martinez

M-13 15,673

A QUIEN INTERESE

Yo, ANDRÉS FEDERICO FLORES LIMA, guatemalteco, fotógrafo profesional de cuarenta y cinco años de edad, casado, vecino del municipio y departamento de Huehuetenango, me identifico con cédula de vecindad eme guió trece y de registro veinticinco mil ciento diecinueve extendida por el Alcalde municipal del municipio y departamento de Huehuetenango. Con todo respeto doy fe, de que conozco al señor RUBILO ORLANDO PALACIOS LÓPEZ desde hace varios años, es una persona de buenos principios; morales, religiosos, horrada, trabajadora, que ha buscado siempre la superación de su comunidad y de su familia a base de trabajo honrrado, que le ha gustado el deporte es una persona entregada a su seno familiar, que fuimos compañeros de estudios en el Colegio Asturias de esta ciudad, en el cual siempre demostró capacidad, humildad, y muy buen estudiante y amigo.

Huehuetenango, 7 de febrero de 2,008