Huehuetenango 21 de enero de 2008

A QUIEN INTERECE.

Yo Erwin Hernán López Méndez de 47 años de edad, me identifico con cédula de vecindad No. De orden M-13 y Registro No. 25,705, ciudadano Guatemalteco, doy fe de conocer al señor Rubilo Orlando Palacios López, quien es una persona de origen humilde, sincero, trabajador y honrado que ha luchado que ha luchado durante su vida para sacar adelante a su familia.
Para lo cual no tengo ningún inconveniente de recomendarlo, en cualquier trámite que le convenga.

Atentamente:

M.E.P.U. Erwin Hernán López Méndez
Director E.O.R.M Malacatancito

# El Departamento de Estado de los Estados Unidos de América

y la Oficina de Asuntos Antinarcóticos de la Embajada de Estados Unidos en Guatemala, a través de la Oficina de Desarrollo Policial (NAS / LED)

Otorga el presente certificado a:

## *Rubilio Orlando Palacios López*

Por haber completado satisfactoriamente el adiestramiento en

## Curso de Administración, Supervisión y Metodología Policial

Se le otorga el presente certificado



Raymond M. Campos
Technical Advisor
NAS / LED

12 de Agosto 2005
Fecha





La Sección de Asuntos Narcóticos -NAS- de la Embajada de los Estados Unidos de América en Guatemala

Otorgan el presente Diploma

A

*Rubilo Orlando Palacios López*

Por su participación en el entrenamiento

"TECNICAS Y PROCEDIMIENTOS EN CONTRA DEL NARCOTRAFICO, CONTRABANDO Y TERRORISMO"

Realizado en la Laguna El Pino del 9 al 27 de agosto de 2004

Leo Garcia
Asesor Regional Aduanas-NAS

Daniel Bellegarde
Director NAS




La Sección de Asuntos Narcóticos –NAS–
de la Embajada de los Estados Unidos en Guatemala

Otorga el presente Diploma

A

*Rubilo Orlando Palacios López*

Por haber completado el entrenamiento

"VI CURSO INTERNACIONAL AVANZADO DE INVESTIGACIONES DE NARCOTICOS"

Realizado en la Escuela Centroamericana de Entrenamiento Canino, Guatemala del 20 de septiembre al 15 de octubre de 2004



Tommy Harr
Instructor



Alberto Castro
Instructor

Mick Hogan
Asesor Regional NAS



# United States Customs Service
### Office of International Affairs

*By authority of the Assistant Commissioner and on recommendation of the Instructors, this*

# Certificate of Completion

*is awarded to*

## Rubilo Orlando Palacios López

*for having completed all requirements in this*

**REGIONAL CONTRABAND ENFORCEMENT TEAM TRAINING LEGUNA EL PINO, GUATEMALA**

July 2002

_____
Date

_____
Assistant Commissioner
International Affairs

