# BUNDESKRIMINALAMT
## Agencia Federal de Investigación Criminal

## Certificado de participación

En el periodo comprendido entre

**el 13 de april y el 25 de april de 1998**

*Inspector*
..................................................

*Rubilo Orlando Palacios López*
..................................................

ha participado con éxito en un seminario especial

*Lucha contra el narcotráfico como fenómeno
de la delicuéncia organizada*

Ciudad de Guatemala, el 25 de april de 1998



p.p.

Heyse
Erster Kriminalhauptkommissar



LA DIRECCION GENERAL DE LA GUARDIA DE HACIENDA Y EL DEPARTAMENTO DE OPERACIONES ANTINARCOTICAS, A TRAVES DE LA ESCUELA REGIONAL ANTIDROGAS

OTORGA EL PRESENTE

# DIPLOMA

A: Inspector **RUBILO O. PALACIOS LOPEZ**

Por: HABER PARTICIPADO EN EL CURSO DE LIDERAZGO PARA OFICIALES PROMOCION I – 97.

Dado en la Ciudad de Guatemala, a los 14 días del mes de Febrero de 1997.—



PAUL W. MAHLSTEDT
Asesor Policiaco/NAS
Embajada EE.UU.



GERSON RODOLFO LOPEZ RODAS
DIRECTOR ESCUELA REGIONAL ANTIDROGAS
D.O.A.N.



**LA DIRECCION GENERAL DE LA POLICIA NACIONAL CIVIL Y LA DIRECCION DE LA ACADEMIA DE LA POLICIA NACIONAL CIVIL**

## OTORGA EL PRESENTE CERTIFICADO

A: Inspector Rubilio Orlando Palacios López.

Por: Haber aprobado el curso de retroalimentación, con especialización antinarcótica.

Guatemala, a los 15 días del mes de julio de 1,997.

Bo. Director General de la Policía Nacional Civil
DIRECCION GENERAL

Director de la Academia de la Policía Nacional Civil



# Department of the Treasury
## United States Customs Service
### Office of International Affairs

By authority of the Commissioner of Customs and on recommendation of the Faculty, this

# Certificate of Completion

is awarded to

## Rubilo Orlando Palacios L.

for having completed all requirements in the

Train-the-Trainer Workshop
Capacitación de Instructores
Ciudad Guatemala, Guatemala.

*George Weise*
Commissioner of Customs

June 11, 1996.
Date



# United States Coast Guard
## Marine Safety Training & Assistance Team

This certifies that

**Insp. Roubito Orlando Palacios Lopez**

has successfully completed the

**MARINE SAFETY TRAINING SEMINAR**

On this 5th day of September 1995

_____
B. C. Fisher, LT, USCG
Chief, Marine Safety Training & Assistance Team

**Department of the Treasury**
**United States Customs Service**

Office of International Affairs

By authority of the Commissioner of Customs and on recommendation of the Faculty, this

# Certificate of Completion

is awarded to

*Rubilo Orlando Palacios López*

for having completed all requirements in the

CONTRABAND ENFORCEMENT TEAM (CET) TRAINING PROGRAM
--- PHASE ONE ---

Miami, Florida

_____
Commissioner of Customs

January 9 - 14, 1994
_____
Date

