

**Department of the Treasury**
**United States Customs Service**
Office of International Affairs

By authority of the Commissioner of Customs and on recommendation of the Faculty, this

# Certificate of Completion

is awarded to

*Rubilo Orlando Palacios López*

for having completed all requirements in the

**CONTRABAND ENFORCEMENT TEAM (CET) TRAINING PROGRAM**

Santo Tomas de Castilla, Izabal, Guatemala

_____
Commissioner of Customs

March 11, 1994
Date



# PPX
## PROPAPEX

OTORGA EL PRESENTE DIPLOMA A:

RUBILO ORLANDO PALACIOS LOPEZ

POR SU PARTICIPACION EN EL SEMINARIO:

TERMINOS INTERNACIONALES DE COMERCIO Y REVISION DE CONTENEDORES

Guatemala 13 de FEBRERO de 1,993.

(f) DIRECTOR PROPAPEX

(f) INSTRUCTOR SEMINARIO

CORTESIA DE LITOGRAFIA VAN COLOR S. A.

litografía van color

COMITE DE USUARIO DEL TRANSPORTE MARITIMO
CUSTRAMA - CONTIGUA
PROGRAMA
PROPAPEX
GUATEMALA



This is to Certify

That  Rubilo Orlando Palacios Lopez

Of  Guardia de Hacienda

Has Successfully Completed
a Course of Instruction

On  Interdicción de Drogas.

_____
Course Director

26/11/93
Date

Brian Willard
Head of International Training

# Diploma de Honor al Mérito

a Rubilio Palacios López

por su valiosa colaboración y orientación a la comunidad educativa de la Escuela "Dr. Rodolfo Robles" sobre el tema de las drogas

Guatemala, 19 de marzo de 1991

Nora de Ortiz
Directora

Maestro de Grado





*Dirección General de la Guardia de Hacienda*

*Escuela de Capacitación*

*Hace constar que*

**RUBILO ORLANDO PALACIOS LOPEZ**

*Aprobó el Curso de* Capacitación *para*

**GUARDIAS DE HACIENDA**

IMPARTIDO DEL 17 DE SEPTIEMBRE AL 6 DE DICIEMBRE/91.

*Por lo que se le otorga el presente*

# DIPLOMA

*De conformidad con los artículos 24, 25 y 26 del Reglamento de la Guardia de Hacienda, contenidos en el Acuerdo Gubernativo del 25 de mayo de 1978.*

*Dado en la ciudad de Guatemala, a los* siete *días del mes de* diciembre *de* 1,991.



# La Dirección General de la Guardia de Hacienda



OTORGA EL PRESENTE

## DIPLOMA

AL: **Guardia Rubio Orlando Palacios**

Por: Haber participado en el Curso de Capacitación como Moderador en la Campaña Nacional de Prevención de Drogas, impartido del 9 al 13 de Julio de 1990.

Guatemala, 13 de Julio de 1990

LIC. JULIO C. RIVERA CLAVERIA
Director General Guardia de Hda.

CORONEL MIGUEL ZENON R. RAYO
Tercer Jefe e Insp. Gral. Guardia de Hda.

LIC. CARLOS ARENAS
Consejo Nac. Prevención de
Alcoholismo y las Drogas

# El Colegio De La Salle de Huehuetenango

## Otorga el presente

# Diploma

A

**RUBILO ORLANDO PALACIOS LOPEZ**

De

TERCERO NOCTURNA

Por haber cumplido con éxito sus estudios del <u>Not. Prom.</u> boletín del ciclo escolar y por haber merecido asignación en el Cuadro de Honor conforme los estatutos de ebaluación escolar establecidos por la Administración y Claustro de Catedráticos del Colegio.

Huehuetgo. 2/Oct. 85
Fecha

Lic. Hno. Aureliano P. O'Dowd, F.S.C.
Director

---



# El Colegio De La Salle de Huehuetenango

## Otorga el presente

# Diploma

A

**RUBILO ORLANDO PALACIOS LOPEZ**

De

TERCERO NOCTURNA

Por haber cumplido con éxito sus estudios del <u>6to.</u> boletín del ciclo escolar y por haber merecido asignación en el Cuadro de Honor conforme los estatutos de ebaluación escolar establecidos por la Administración y Claustro de Catedráticos del Colegio.

Huehuetgo. 2/Oct. 85
Fecha

Lic. Hno. Aureliano P. O'Dowd, F.S.C.
Director